IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   No. 4:10CR00232 SWW |
| | * |
| DENNIS JEROME WRIGHT | * |

**Order**

Upon oral motion of defendant and without objection by the government, the hearing set for February 26, 2014, is cancelled. Based upon the mental health evaluation received by the Court and the opinion and recommendations contained therein, the Court hereby orders that defendant Dennis Jerome Wright shall be committed to the custody of the Attorney General, pursuant to 18 U.S.C. §4241(d), for hospitalization of defendant for treatment in a suitable facility forthwith for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit the proceedings to go forward. The defendant shall self-report to the designated facility.

IT IS FURTHER ORDERED that the medical facility shall file with the Court a report determining defendant's mental status at the end of the time period specified.

IT IS FURTHER ORDERED that the period of delay occasioned by the psychiatric treatment ordered herein shall be excludable under the pursuant of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED this 25th day of February, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE