IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                    4:10CR00232-001 SWW

DENNIS JEROME WRIGHT                                                  DEFENDANT

## ORDER

The Court has determined that the defendant is to be released from FMC Springfield, Missouri on the same bond and conditions previously set upon completion of the examination, and that he shall report to the probation office in this district within three (3) days of his release.

IT IS SO ORDERED this 9th day of April 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE