IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CR00232-01 SWW |
| DENNIS JEROME WRIGHT, JR. | * | |

**ORDER**

Defendant contacted the Court by telephone on this date and requested that the Court relay a message to his retained attorney, Dale E. Adams.[1] Defendant stated that he had contacted Adams's office and was informed that Adams no longer represents him.[2] **The Court directs attorney Adams to file notice before 4:00 p.m. tomorrow, Friday, September 4, 2015, stating whether he is currently representing Defendant in this criminal case, which is set for a re-sentencing hearing on September 9, 2015 at 2:00 p.m.**

IT IS SO ORDERED THIS 3rd DAY OF SEPTEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court declines to pass messages between Defendant and counsel.

[2] As of the date of this order, attorney Adams remains as Defendant's counsel of record. On September 16, 2010, the Court determined that based on Defendant's financial affidavit, he could not afford to hire a lawyer, and the Court appointed the Federal Public Defender to represent him [ECF No. 6]. On October 22, 2010, the Federal Defender moved to withdraw by reason of a conflict, and the Court granted the motion [ECF Nos. 14, 15]. On October 28, 2010, the Court appointed attorney John Wesley Hall, Jr. as defense counsel [ECF No. 16], and on September 18, 2013, the Court substituted attorney Danny W. Glover as appointed counsel [ECF No. 46]. Subsequently, Defendant retained private attorney Dale E. Adams to represent him. On September 11, 2014, attorney Adams entered his appearance, and the Court granted Defendant's motion to substitute Adams as his counsel of record in this case [ECF Nos. 68, 69, 72].