## *IN THE UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF ARKANSAS*
## *WESTERN DIVISION*

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    NO. 4:10CR00232-001  SWW

DENNIS JEROME WRIGHT, JR.                                                              DEFENDANT

### ORDER

The U. S. Probation Office has advised the Court that the fine range listed in the Judgment and Commitment [doc #102] entered on the docket on September 14, 2015 should be modified.

IT IS SO ORDERED that the Judgment and Commitment be amended to reflect that the fine range is $7,500 - $2,000,000.

IT IS FURTHER ORDERED that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 17th day of September 2015.

      /s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE